| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 2:12CR00418-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:23-cr-00004-ART-CLB |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT | | |
|---|---|---|---|
| | Utah | | |
| | DIVISION | | |
| Daniel Kirby Bay | Central | | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Clark Waddoups | | |
| | DATES OF SUPERVISION TERM | FROM 8/28/2020 | TO Life |

**OFFENSE**

Possession of Child Pornography

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

    January 31, 2023
          Date

    Honorable Clark Waddoups
    Senior U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

    February 13, 2023
        Effective Date

    United States District Judge

Prob12A
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REPORT ON OFFENDER
## UNDER SUPERVISION
### February 10, 2023

Name of Offender: **Daniel Kirby Bay**

Case Number: **2:11CR00308**

Name of Sentencing Judicial Officer: **Honorable Dee V. Benson**

Date of Original Sentence: **November 27, 2012**

Original Offense: **Possession of Child Pornography**

Original Sentence: **120 Months prison, Lifetime Supervision**

Date Supervision Commenced: **August 28, 2020**

## SUMMARY

On November 28, 2012, Daniel Bay was sentenced in the Central District of Utah by the Honorable Dee Benson to 120 months custody, followed by lifetime supervised released for committing the offense of Possession of Child Pornography. Bay released to the Central District of Utah on August 28, 2020. He recently transferred to the District of Nevada, where he is residing with his elderly father, George Bay. Mr. Bay is currently doing well on supervision and plans to stay in the District of Nevada.

On January 31, 2023, the Central District of Utah respectfully requested a transfer of jurisdiction. Therefore, the Probation Form 22, Transfer of Jurisdiction, has been attached for Your Honor's review and consideration.

Respectfully submitted,

Digitally signed by Kory Augustus
Date: 2023.02.10 12:10:43 -08'00'

Kory Augustus
United States Probation Officer

**RE: Daniel Kirby Bay**

Prob12A
D/NV Form
Rev. June 2014

Approved:

_____
Digitally signed by Erik Flocchini
Date: 2023.02.10 12:09:04 -08'00'

Erik Flocchini
Supervisory United States Probation Officer

---

Please indicate your response below and return to the Probation Office:

☑   Concur with the proposed course of action.

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

      February 13, 2023
Date